# Third District Court of Appeal
## State of Florida

Opinion filed December 11, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2303
Lower Tribunal No. 22-18466
_____

**BSE Investments I, LLC,**
Appellant,

vs.

**ACE Group Investors, L.L.C.,**
Appellee.



An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Armstrong Teasdale LLP, and Marlon J. Weiss, for appellant.

Heise Suarez Melville, P.A., and Thomas S. Ward and Luis E. Suarez and Anthony Perez, for appellee.


Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Triton Stone Holdings, L.L.C. v. Magna Bus., L.L.C., 308 So. 3d 1002, 1007 (Fla. 4th DCA 2020) ("[C]ourts should distinguish preliminary negotiations from a final agreement."); Club Eden Roc, Inc. v. Tripmasters, Inc., 471 So. 2d 1322, 1324 (Fla. 3d DCA 1985) ("Where the parties intend that there will be no binding contract until the negotiations are reduced to a formal writing, there is no contract until that time."); see also Fox v. Sails at Laguna Club Dev. Corp., 403 So. 2d 456, 458 (Fla. 3d DCA 1981) (explaining that the statute of frauds requires an agreement to be in "writing signed by the party against whom enforcement is sought" and requires the writing to "contain all of the essential terms of the sale" and concluding specific performance could not be granted as a remedy when the agreement failed to contain essential terms such as the terms of payment or time for payment).